IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF DANNY AMEN VALENTINE-SHABAZZ, *Plaintiff* | : : : : | CIVIL ACTION |
| v. | : : | NO. 22-CV-3343 |
| ROBERT BUCCINI, *et al.*, *Defendants* | : : | |

**O R D E R**

**AND NOW**, this 16th day of September 2022, upon consideration of the Court's Order directing Danny Amen Valentine-Shabazz to show cause why the Court should not enjoin him from submitting any email to PAED_DOCUMENTS@PAED.USCOURTS.GOV for filing in an existing case or in a new matter, (ECF 173), Valentine-Shabazz's submissions construed as responses to that Order (ECF Nos. 209-11), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Danny Amen Valentine-Shabazz is **ENJOINED** from submitting any email to PAED_DOCUMENTS@PAED.USCOURTS.GOV for filing in an existing case or in a new matter. That is, Valentine-Shabazz is prohibited from filing anything in this Court via email.

2. If Valentine-Shabazz submits any email to PAED_DOCUMENTS@PAED.USCOURTS.GOV for filing in an existing case and/or in a new matter, the Clerk of Court is **DIRECTED** not to docket such submission.

3. Nothing in this Order shall prevent Valentine-Shabazz from submitting paper filings to the Court by mail or in person.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*