# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ESTATE OF DANNY AMEN VALENTINE-SHABAZZ,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 22-CV-3343** |
| | : | |
| **ROBERT BUCCINI,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of October, 2022, in light of *pro se* Plaintiff Danny Amen Valentine-Shabazz's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis*, and his further failure to file a signed complaint in accordance with Federal Rule of Civil Procedure 11, as directed by this Court's Order entered on August 29, 2022 (ECF No. 25), which (1) granted him thirty (30) days to do so, and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Danny Amen Valentine-Shabazz's case is **DISMISSED**, **without prejudice**, for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*