IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ESTATE OF DANNY AMEN VALENTINE-SHABAZZ** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 22-CV-3343 |
| | : | |
| **ROBERT BUCCINI, *et al.*,** | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 8th day of May, 2024, upon consideration of Plaintiff Danny Amen Valentine-Shabazz's *Motion to Remove*, (ECF No. 305), this case "from the internet," it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this matter solely for the purpose of considering Valentine-Shabazz's Motion.

2. The Motion is **DENIED**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*